SAO
DARRELL D. DENNIS
Nevada Bar No. 6618
E-Mail: Darrell.Dennis@lewisbrisbois.com
STEVEN ABBOTT
Nevada Bar No. 10303
E-Mail: Steven.Abbott@lewisbrisbois.com
BLAKE A. DOERR
Nevada Bar No. 9001
E-Mail: Blake.Doerr@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Telephone: 702.893.3383
Fax: 702.893.3789
*Attorneys for Defendant*
*ERMC PROPERTY MANAGEMENT*
*COMPANY OF ILLINOIS*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LISA HILLMAN, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>FASHION SHOW MALL LLC d/b/a FASHION SHOW MALL; ERMC PROPERTY MANAGEMENT OF ILLINOIS, LLC, DOES 1 through 100; ROE CORPORATION 101 through 200, inclusive,<br><br>Defendant. | CASE NO. 2:16-cv-01191-JCM-VCF<br><br>STIPULATION AND ORDER TO DISMISS WITH PREJUDICE |

## STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATED by and between Plaintiff LISA HILLMAN ("Plaintiff"), and Defendant/Cross-Claimant FASHION SHOW MALL LLC d/b/a FASHION SHOW MALL, and Defendant/Cross-Defendant ERMC PROPERTY MANAGEMENT OF ILLINOIS, LLC, (collectively "Parties") by and through their respective counsel of record as follows:

4827-1568-1368.1

1. That the case shall be dismissed with prejudice, including all cross-claims, counter-claims, and third-party claims, with the Parties to bear their own individual costs and attorneys' fees.

2. That the trial and all associated dates shall be **VACATED**; and

3. That the Parties may obtain the return of their jury demand fees, if any, previously submitted to the Court.

IT IS SO STIPULATED.

LADAH LAW FIRM

_____
RAMZY P. LADAH, ESQ.
Nevada Bar No. 11405
517 S. Third Street
Las Vegas, NV 89101
Tel.: (702) 252 0055
Fax.: (702) 248 0055
litigation@ladahlaw.com

BRIAN M. BOYER, ESQ.
BERNSTEIN & POISSON LLP
320 South Jones Boulevard
Las Vegas, Nevada 89107
Tel: 702.256.4566
Fax: 702.256.6280
brian@vegashurt.com
*Attorneys for Plaintiff Lisa Hillman*

LAW OFFICE OF STEPHEN M. DIXON, LTD.

_____
STEPHEN M. DIXON, ESQ.
10181 W. Park Run Dr #110
Las Vegas, Nevada 89145
Tel: 702.329.4111
steve@stevedixonlaw.com
*Attorneys for Defendant Fashion Show Mall LLC dba Fashion Show Mall*

LEWIS BRISBOIS BISGAARD & SMITH, LLP

_____
STEVEN B. ABBOTT, ESQ.
Nevada Bar No. 10303
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel.: (702) 893 3383
Fax: (702) 366 9563
E-Mail: Steven.Abbott@lewisbrisbois.com
*Attorney for Defendants ERMC Property Management Company of Illinois*

## ORDER FOR DISMISSAL WITH PREJUDICE

Upon Stipulation of the Parties by and through their respective counsel of record:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the case be dismissed, with prejudice, including all cross-claims, counter-claims, and third-party claims, with the parties to bear their own individual costs and attorneys' fees; and it is further

**ORDERED, ADJUDGED AND DECREED** that the **trial** and all associated dates shall be **VACATED**; and it is further

**ORDERED, ADJUDGED AND DECREED**, that the Parties may obtain the return of their jury demand fees, if applicable, previously submitted to the Court.

DATED April 5, 2018.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

LEWIS BRISBOIS BISGAARD & SMITH LLP

_____
STEVEN B. ABBOTT, ESQ.
Nevada Bar No. 10303
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
*Attorneys for Defendant ERMC*